# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 CR 03 - 09 | **DATE** | 7/19/2007 |
| **CASE TITLE** | United States of America vs. Robert Thomas | | |

**DOCKET ENTRY TEXT**

The Federal Bureau of Prisons has asked the court to state its position regarding defendant's request that his federal sentence retroactively be designated to run from the date of imposition, to run concurrently with a 20-year term he is serving in state custody for armed robbery. In response, the court has reviewed the presentence report, the transcript of the sentencing hearing, and its judgment and committal order.

The court clearly did not intend its 360 month sentence to run concurrently with an unrelated armed robbery offense. Defendant was convicted by a jury in this court of conspiracy to distribute 15.3 kilograms of heroin. The evidence at trial established he played a supervisory role in a major heroin distribution ring. Although he was only 30 when he was sentenced, he already had an extensive criminal history that included five prior armed robbery convictions, and two convictions for robbery. His record reflects that he is a career criminal who is a danger to the community. He was arrogant and unremorseful at sentencing. A copy of the sentencing transcript will be forwarded to the Bureau of Prisons with this order clarifying the court's position regarding defendant's request that his federal sentence for heroin trafficking run concurrently with his most recent state conviction for armed robbery.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | Alexandra Martinez |
|---|---|---|