**FILED**
FEB 16 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

January 7th 2022

Dear Clerk,

I am writing in regards to Case No. 1:01-cr-0003 (01CR-3-9) which is before the Honorable Judge Virginia M. Kendall, concerning an Motion For Compassionate, Sentence Reduction, Appointment of Counsel and a Motion to Strick. In which I haven't heard anything about yet.

Be that as it may. The institution that I am currently being held at (FCI-Berlin) has been on (Lockdown) since January 6th 2022. And as of last Monday the 31st of January 2022, (All) federal or Bureau of Prisons were, or should I say, have been placed on an ... lockdown, due to a host of killings at a federal institution in Texas.

THEREFORE, can you PLEASE forward me a "copy" of my docket sheet, and any ruling's that have been issued in the above case? Your help in the formentioned, would be very appreciated.

Thanks! ☺

Can you (please) certify it, so that I can get? (Please).

Sincerely,
Robert Thomas
Reg no. 20345-424

Robert Thomas
Reg no. 20345424
Federal Correctional Institution
P.O. Box 9000
Berlin, NH 03570

RECEIVED
FEB 10 2022
JURY DEPARTMENT
CLERK'S OFFICE, U.S. DISTRICT COURT

WHITE RIV JCT VT 050

07 FEB 2022 PM 2 L

Clerk of the U.S. District Court
"United States Courthouse"
219 So. Dearborn St.

60604-189423 02/08



02/16/2022-6